**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

JILL ELIZABETH CALL,

        Plaintiff,

v.                                    No. CV 16-1145 CG

NANCY A. BERRYHILL,
Acting Commissioner of Social Security
Administration,

        Defendant.

### <u>FINAL JUDGMENT</u>

    **THE COURT**, having issued the *Memorandum Opinion and Order*, (Doc. 25),

enters this Judgment in compliance with Rule 58 of the Federal Rules of Civil

Procedure. Plaintiff's *Motion to Reverse and Remand to Agency for Rehearing, With*

*Supporting Memorandum*, (Doc. 20), shall be **GRANTED** and this case be **REMANDED**

to the Commissioner for further proceedings.

    **IT IS SO ORDERED.**

_____
THE HONORABLE CARMEN E. GARZA
UNITED STATES MAGISTRATE JUDGE